FILED
June 24, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                   Plaintiff,             )<br>v.                                                      )<br>                                                             )<br>STEVE NEMEE,                              )<br>                                                             )<br>                   Defendant.          )<br>_____ ) | Case No. CR.S-05-0249-DFL<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STEVE NEMEE, Case No.

CR.S-05-0249-DFL, Charge, Conspiracy to Defraud the United States, from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $_____

    X    Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   ___   (Other)   _____

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 24, 2005  at  2:31 p.m.  .

                                        By   /s/ Peter A. Nowinski
                                             Peter A. Nowinski
                                             United States Magistrate Judge

## SPECIAL CONDITIONS OF RELEASE

RE:  Nemee, Steve
     Doc. No. CR-0249 DFL

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the State of California without the prior consent of the Pretrial Services Officer;

4. You shall reside at a location approved by the Pretrial Services Officer and not change your residence without the prior approval of the Pretrial Services Officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer;

8. You shall not have any contact directly or indirectly with any co-defendants in this case;

9. You shall not further encumber your personal residence.

June 24, 2005