| | |
|---|---|
| 1 | LAW OFFICES OF |
| 2 | **CHRISTOPHER H. WING**<br>A PROFESSIONAL CORPORATION |
| 3 | 1101 E STREET<br>SACRAMENTO, CA 95814 |
| 4 | 441-4888<br>State Bar #063214 |

ATTORNEYS FOR:   Defendant          **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                         Plaintiff,<br><br>   v.<br><br>MICHAEL LITTLE, et. al,<br><br>                         Defendants, | No. CR. S-05-0249 DFL<br><br>AMENDED [PROPOSED] ORDER RE-SETTING STATUS CONFERENCE HEARING FROM OCTOBER 6 , 2005 AT 10:00 AM TO NOVEMBER 10, 1005 AT 10:00 AM.<br>EXCLUSION OF TIME. |

**[PROPOSED] ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for October 6, 2005 at 10:00 am be reset to November 10, 2005 at 10:00 am.

//
//
//
//
//
//

/ / /

1

1

2      Further, the Court finds that time is excluded based upon the representation of
3 the parties and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C.
4 §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be prepared; [LocalCode T4],
5 until the next appearance, on November 10, 2005 or by further order of this Court.
6      At the next hearing, counsel shall make a full statement of why time should be
7 excluded in light of the nature of the case, the discovery, and the need for investigation

8 Dated: 11/1/2005

9

10                                              _____
                                                DAVID F. LEVI
11                                              United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28