LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

OK/HAV

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL LITTLE, et. al,<br><br>        Defendants, | No. CR. S-05-0249 DFL<br><br>STIPULATION AND [PROPOSED] ORDER RE-SETTING STATUS CONFERENCE HEARING FROM NOVEMBER 10 , 2005 AT 10:00 AM TO DECEMBER 1, 1005 AT 10:00 AM. EXCLUSION OF TIME. |

**[PROPOSED] ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for November 10, 2005 at 10:00 am be reset to December 1, 2005 at 10:00 am.

Further, the Court finds that time is excluded based upon the representation of the parties and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be prepared; [LocalCode T4], until the next appearance, on November 10, 2005 or by further order of this Court.

Dated: 11/10/2005

_____
DAVID F. LEVI
United States District Judge

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com