PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) ) | |
| vs.  ) | **Docket Number: 2:05CR00249-03** |
| ) ) | |
| **Steve NEMEE** ) ) | |

On March 10, 2006, the above-named was sentenced to 18 months custody with 36 months supervised release to follow, which commenced on August 3, 2007.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.
Senior United States Probation Officer**

Dated:    August 19, 2009
             Modesto, California
             CKH:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER
                   Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:     Steve NEMEE
        Docket Number:   2:05CR00249-03
        **ORDER TERMINATING SUPERVISED RELEASE**
        <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that Steve Nemee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 8/19/2009 | /s/ John A. Mendez |
| **Date** | **Honorable John A. Mendez** |
| | **United States District Judge** |

Attachment:   Recommendation
cc:     United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG